| | | | |
|---|---|---|---|
| Raokelly v. Butte Silver Bow Detention Center | OP 16-0500 Denied | 09/13/16 | Original Proceeding Extraordinary Relief |
| State v. Honka 2016 MT 233N | DA 15-0318 Affirmed | 09/20/16 | Dist. 1 (Lewis and Clark) |
| Matter of B.R. and J.R., YINC 2016 MT 234N | DA 15-0512 Affirmed | 09/20/16 | Dist. 8 (Cascade) |
| State v. Killsontop 2016 MT 235N | DA 14-0756 Affirmed | 09/20/16 | Dist. 4 (Missoula) |
| Aker v. State 2016 MT 236N | DA 15-0271 Affirmed | 09/20/16 | Dist. 3 (Powell) |
| Davis v. Butte-Silver Bow Detention Cntr. | OP 16-0533 Denied | 09/20/16 | Original Proceeding Extraordinary Relief |
| Osborn v. Kirkegard | OP 16-0365 Granted in Part | 09/20/16 | Original Proceeding Habeas Corpus |
| State v. Krause 2016 MT 241N | DA 15-0700 Affirmed | 09/27/16 | Dist. 11 (Flathead) |